UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

– against –

THE FINISH LINE, INC.,

                Defendant.

**ORDER**

19 Civ. 10064 (ER)

Ramos, D.J.:

      The Court granted defendant's motion to dismiss on October 19, 2020. Doc. 39. Plaintiff was permitted to file a second amended complaint by November 9, 2020, or have judgment entered for defendant. No second amended complaint was filed. Therefore, for the reasons discussed in the Court's October 19, 2020 order granting defendant's motion to dismiss, Doc. 39, the Clerk of Court is respectfully instructed to enter judgment for defendant and close the case.

      It is SO ORDERED.

Dated:    April 5, 2021
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.