UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARCOS CALCANO, on behalf of himself and
all other persons similarly situated,

                         Plaintiff,

      -against-

THE FINISH LINE, INC.,

                         Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2021

19 **CIVIL** 10064 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 5, 2021, the Court granted defendant's motion to dismiss on October 19, 2020. Doc. 39. Plaintiff was permitted to file a second amended complaint by November 9, 2020, or have judgment entered for defendant. No second amended complaint was filed. Therefore, for the reasons discussed in the Court's October 19, 2020 order granting defendant's motion to dismiss, Doc. 39, judgment is entered for defendant; accordingly, this case is closed.

**Dated:** New York, New York

       April 5, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                          **BY:**

                                                       **Deputy Clerk**